Frederick Weigel, Respondent, v. Herman Zuckerer, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to vacate order of arrest granted, with costs, on the ground that the affidavit on which the order of arrest was granted does not set forth sufficiently facts showing malice and absence of probable cause. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Mary Weir, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Carr, JJ.

Julius Weissman, Appellant, v. Jacob Luban, Respondent.— Final order of the Municipal Court affirmed, with costs. No opinion.— Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

M. Arlington Wilson and Albert E. Spencer, Appellants, v. Stephen Burkhard, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Emanuel Feller, Respondent, v. William Kronowitz, Appellant.— The injunction order appears to have been granted without security, and no provision for

security is made in the order. (See Code Civ. Proc. § 620; *Howley* v. *Francis Press*, 127 App. Div. 646.) The order is reversed, with ten dollars costs and disbursements, and motion denied, with costs. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Max Halpert, Respondent, v. Max Appelbaum, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

James J. Horan, Appellant, v. Cassity E. Mason, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.